

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2013
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION     BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>            PLAINTIFF<br>       v.<br><br>ANDREA RAMIREZ<br><br>            DEFENDANT(S). | CASE NUMBER<br><br>EDCR 12-65-VAP<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |

Upon motion of __THE COURT__, IT IS ORDERED that a detention hearing is set for __WEDNESDAY__, __May 15, 2013__ at __11__ ☒ a.m. / ☐ p.m. before the Honorable __DAVID T. BRISTOW__, in Courtroom __4__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __5/14/13__         _____
                                        U.S. U.S. District Judge/Magistrate Judge